# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**CARL ARNAUD (#363954)**            **CIVIL ACTION**

**VERSUS**

**DARREL VANNOY, ET AL.**            **NO. 17-37-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 1, 2019 (Doc. 28), to which no objection was filed;

**IT IS ORDERED** that the petitioner's Motion for Stay and Abeyance, (Doc. 22) is denied.

Signed in Baton Rouge, Louisiana, on <u>October 29, 2019</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**