UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**CARL ARNAUD (#363954)**

**VERSUS**

**DARREL VANNOY, ET AL.**

**CIVIL ACTION**

**NO. 17-37-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 27) dated October 1, 2019, to which an objection was filed (Doc. 20);

**IT IS ORDERED** that the petitioner's motion to amend is denied.

**IT IS FURTHER ORDERED** that the petitioner's application for habeas corpus relief is denied, and that this proceeding shall be dismissed.

**IT IS FURTHER ORDERED** that in the event the petitioner pursues an appeal in this case, a certificate of appealability shall be denied.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>October 29, 2019</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**